# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mehrdad Rowshandel,<br><br>    Petitioner,<br><br>v.<br><br>John Cantu, et al.,<br><br>    Respondents. | No. CV-25-03470-PHX-DWL (ESW)<br><br>**ORDER** |

    Petitioner Mehrdad Rowshandel, who is currently confined in the Eloy Detention Center, filed a Complaint and Petition Under 28 U.S.C. § 2241 (Doc. 1) and paid the filing fee for a habeas corpus action. Petitioner also filed a Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 2). The Court will require an expedited answer to the Petition and motion for injunctive relief.

    Petitioner names Immigration and Customs Enforcement Field Office Director John Cantu and Acting Director Todd Lyons; Department of Homeland Security Secretary Kristi Noem; United States Attorney General Pam Bondi; and Eloy Detention Center Warden Fred Figueroa as Respondents.

    As alleged in the Complaint and Petition, Petitioner is a native and citizen of Iran who entered the United States in 1998. (Doc. 1 ¶ 22.) In July 2002, Petitioner pleaded guilty to attempted sexual assault, was sentenced to lifetime probation, and served less than one year in jail. (*Id.* ¶ 29.) Petitioner, who complied with his probationary supervision for over 20 years, and was arrested by ICE on June 22, 2025. (*Id.* ¶¶ 30-31.) On June 3, 2025,

1  DHS filed a Motion to Recalendar Administratively Closed Proceedings.[1]  (*Id.* ¶ 33.)
2  Petitioner contends that because he does not have a final order of removal, he is subject to
3  § 1226(b), under which his redetention can only be justified when there has been a material
4  change (and no such change has occurred here).  As such, Petitioner argues his redetention
5  violates his procedural and substantive due process rights.  He seeks release unless
6  Respondents provide him a bond hearing.

7  The Court will require Respondents to answer the Petition and respond to the
8  Motion on an expedited basis.

9  **IT IS ORDERED:**

10  (1)  Counsel for Petitioner must immediately serve the Petition upon
11  Respondents.

12  (2)  If not already issued, the Clerk's Office must issue any properly completed
13  summonses.

14  (3)  The Clerk of Court must immediately transmit by email a copy of this Order
15  and a copy of the Petition and Motion for Temporary Restraining Order and Preliminary
16  Injunction to the United States Attorney for the District of Arizona, to the attention of
17  Katherine Branch at katherine.branch@usdoj.gov, Melissa Kroeger at
18  melissa.kroeger@usdoj.gov, and Lon Leavitt at lon.leavitt@usdoj.gov.

19  (4)  Respondents must respond to the Motion (Doc. 2) no later than October 9,
20  2025.  Petitioner may file a reply no later than October 14, 2025.

21  (5)  Respondents must answer the Petition within twenty (20) days of the date of
22  service.

23  …
24  …
25  …

---

[1] The Court notes the dates in the Petition are inconsistent.  Paragraph 29 indicates Petitioner was released from jail in July 2003, but paragraph 36 indicates he was released from custody in February 2012.  And in paragraph 31, Petitioner indicates he was arrested in June 2025 but the next paragraph states in April 2016 Immigration Judge Hollis did not provide notice, hearing, or explanation to justify Petitioner's redetention.

(6) Petitioner may file a reply within ten (10) days from the date of service of the answer.

Dated this 1st day of October, 2025.

Dominic W. Lanza
United States District Judge