# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mehrdad Rowshandel, | No. CV-25-03470-PHX-DWL (ESW) |
| Petitioner, | **ORDER** |
| v. | |
| John Cantu, et al., | |
| Respondents. | |

The Court has reviewed Respondents' response to (Doc. 10), and Petitioner's reply in support of (Doc. 11), Petitioner's motion for temporary restraining order and preliminary injunction (Doc. 2).

Respondents state that "[p]resumably, Petitioner was released on an order of supervised release ('OSUP') after his detention in 2010." (Doc. 10 at 7.) However, the only information in the record regarding compliance with 8 C.F.R. § 241.13 is the September 18, 2025 Decision to Continue Detention (Doc. 10-1, Ex. B). But Petitioner was arrested and detained on June 24, 2025. (Doc. 10-1 at 4 ¶ 11.) There does not appear to be any additional information in the record as to whether Respondents complied with 8 C.F.R. § 241.13. To facilitate consideration of Petitioner's claim, the Court will require Respondents to file a supplemental declaration, supported by competent evidence, delineating the process by which Petitioner's OSUP was revoked and regarding compliance with 8 C.F.R. § 241.13.

…

1  **IT IS THEREFORE ORDERED** no later than Monday, October 27, 2025, Respondents must supplement the record as directed herein. Petitioner may reply to Respondents' submission no later than Tuesday, October 28, 2025.

Dated this 21st day of October, 2025.

_____
Dominic W. Lanza
United States District Judge